UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 8 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| JIMMY CLAUSELL, <br><br> Plaintiff, <br><br> v. <br><br> ALL-NONE EXCLUDED: "ALL THE WORLD", ALL JANES DOES AND JOHN DOES, KNOWN AND UNKNOWN, and not limited to FEDERAL NATIONAL MORTGAGE ASSO. a/k/a/ FANNIE MAE, and SUNTRUST MORTGAGE, INC. <br><br> Defendants. | Civil Action No. <br> 1:11-CV-1240-TCB |

## MOTION TO DISMISS

I, Jimmy L. Clausell, do hereby dismiss with prejudice case # 1:11-cv-1240 in the court of the HONORABLE JUDGE TIMOTHY C. BATTEN. The property is located at 1342 Bryan Ave., Atlanta, Georgia 30344.

This 8th day of August, 2011

_Jimmy Clausell_
Jimmy Clausell

1342 Bryan Ave.
Atlanta, Georgia 30344

## CERTIFICATE OF SERVICE

I, Jimmy Clausell, certify that I have served the following parties by way of U.S. Mail to the Following:

Dickenson Gilroy, LLC.

Monica Gillroy

3780 Mansell Rd. Ste. 140

Alpharetta, Ga. 30022


Fannie Mae

1544 Old Alabama Rd.

Roswell, Ga. 30076


Submitted on 8TH Day of August, 2011

*Jimmy Clausell*

Jimmy Clausell, plaintiff

1342 Bryan Ave.

Atlanta, Ga. 30344